IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CLETIS CAVE,

    Plaintiff,

v.                                    Civil Action No. 3:16CV410–HEH

MS. CARTER, *et al.*,

    Defendants.

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on July 15, 2016, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was relocated or released. By Memorandum Order entered on August 5, 2016, the Court directed Plaintiff to notify the Court of his intent to voluntarily dismiss the action or in the alternative, complete and return the consent to collection of fees form within fifteen days of the date of entry thereof. On August 15, 2016, United States Postal Service returned the August 5, 2016 Memorandum Order to the Court marked, "NOT HERE RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                    /s/
                                        HENRY E. HUDSON
Date: Aug. 26, 2016            UNITED STATES DISTRICT JUDGE
Richmond, Virginia